STATE of Missouri, Respondent,

v.

Keith COSTELLO, Appellant.

No. ED 96639.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 11, 2012.

Emmett D. Queener, Assistant Public Defender, Columbia, MO, for appellant.

Jennifer A. Wideman, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## *ORDER*

PER CURIAM.

Keith Costello (Defendant) appeals the judgment of conviction entered by the Circuit Court of St. Louis County after a jury found him guilty of first-degree murder. Defendant claims the trial court erred in: (1) submitting the State's proposed instruction on first-degree murder; (2) denying Defendant's motion for a mistrial based on comments the prosecutor made during voir dire; and (3) denying Defendant's motion for a mistrial based on comments the prosecutor made during closing argument.

We have reviewed the briefs of the parties and the record on appeal and no error

of law appears. An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).